# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Guidepoint Security | 12/14/2022 | 266565 | Check | $ 56,494.26 |
| Akorn Operating Company, LLC | Guidepoint Security | 2/14/2023 | 267182 | Check | $ 91,630.00 |
| Akorn Operating Company, LLC | Guidepoint Security | 2/22/2023 | 267350 | Check | $ 43,120.00 |
| | | | | | $ 191,244.26 |